**No. 10-9608. Christian Zarate Mendez, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2136, 179 L. Ed. 2d 923, 2011 U.S. LEXIS 2980.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 405 Fed. Appx. 444.

**No. 10-9615. Mario Lopez-Diaz, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2136, 179 L. Ed. 2d 923, 2011 U.S. LEXIS 2847.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 406 Fed. Appx. 448.

**No. 10-9618. Isaac B. Hernandez, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2136, 179 L. Ed. 2d 923, 2011 U.S. LEXIS 2966.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 408 Fed. Appx. 313.

**No. 10-9619. Antonio Gonzalez-Hernandez, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2137, 179 L. Ed. 2d 923, 2011 U.S. LEXIS 2956.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 404 Fed. Appx. 922.

**No. 10-9624. Troy Mandell Gordon, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2137, 179 L. Ed. 2d 923, 2011 U.S. LEXIS 2915.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 403 Fed. Appx. 384.

**No. 10-9626. Anthony Rodriguez, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2137, 179 L. Ed. 2d 923, 2011 U.S. LEXIS 2961.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 147.

**No. 10-9631. Pedro Sales-Lopez, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2137, 179 L. Ed. 2d 923, 2011 U.S. LEXIS 2851.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 406 Fed. Appx. 301.

**No. 10-9632. Randall Sutton, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2137, 179 L. Ed. 2d 923, 2011 U.S. LEXIS 2869.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 406 Fed. Appx. 955.

**No. 10-9652. Ernesto Balderas, Petitioner v. United States.**

563 U.S. 954, 131 S. Ct. 2138, 179 L. Ed. 2d 923, 2011 U.S. LEXIS 2905.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.